# Earnings Statement

**ADP**

TURNBERRY SOLUTIONS INC
1777 SENTRY PARKWAY WEST
BLUE BELL, PA 19422

Period Beginning: 05/15/2022
Period Ending: 05/28/2022
Pay Date: 06/10/2022

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Standard Withholding Table

CHRISTOPHER VALUNTAS
5727 RICKY RIDGE TRAIL
OREFIELD PA 18069

## Earnings

| | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5192.31 | 80.00 | 5,192.31 | 32,711.55 |
| **Gross Pay** | | | **$5,192.31** | 32,711.55 |

Your federal taxable wages this period are $4,794.62

## Deductions

**Statutory**

| | | |
|---|---|---|
| Federal Income Tax | -421.58 | 2,700.81 |
| Social Security Tax | -313.36 | 1,976.75 |
| Medicare Tax | -73.29 | 462.31 |
| PA State Income Tax | -155.17 | 978.84 |
| Upper Macung Income Tax | -50.54 | 318.82 |
| Upper Macung Local Svc Tax | -2.00 | 14.00 |
| PA SUI Tax | -3.12 | 19.63 |

**Other**

| | | |
|---|---|---|
| Dental | -18.46* | 110.76 |
| Gtl Ee Post Tax | -44.84 | 134.52 |
| Life Lock Psttx | -23.40 | 70.20 |
| Medical FSA | -60.00* | 360.00 |
| MEDICAL PPO | -51.03* | 306.18 |
| Vision | -8.58* | 51.48 |
| 401K | -259.62* | 778.86 |

| | |
|---|---|
| **Net Pay** | **$3,707.32** |
| Checking 1 | -3,707.32 |
| **Net Check** | **$0.00** |

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

### Important Notes
COMPANY PH#:+1 651 321 4080

BASIS OF PAY: SALARY

### Additional Tax Withholding Information
Taxable Marital Status:
PA:        Married
Exemptions/Allowances:
PA:        N/A

\* Excluded from federal taxable wages

© 2000 ADP, LLC

---

TURNBERRY SOLUTIONS INC
1777 SENTRY PARKWAY WEST
BLUE BELL, PA 19422

Advice number: 00000230651
Pay date: 06/10/2022

Deposited to the account of
CHRISTOPHER VALUNTAS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0830 | xxxx xxxx | $3,707.32 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

TURNBERRY SOLUTIONS INC
1777 SENTRY PARKWAY WEST
BLUE BELL, PA 19422

Period Beginning: 05/01/2022
Period Ending: 05/14/2022
Pay Date: 05/27/2022

Filing Status: Married filing jointly
Exemptions/Allowances:
   Federal: Standard Withholding Table

CHRISTOPHER VALUNTAS
5727 RICKY RIDGE TRAIL
OREFIELD PA 18069

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5192.31 | 80.00 | 5,192.31 | 27,519.24 |
| Gross Pay | | | $5,192.31 | 27,519.24 |

Your federal taxable wages this period are $4,794.62

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -421.58 | 2,279.23 |
| | Social Security Tax | -313.36 | 1,663.39 |
| | Medicare Tax | -73.29 | 389.02 |
| | PA State Income Tax | -155.17 | 823.67 |
| | Upper Macung Income Tax | -50.54 | 268.28 |
| | Upper Macung Local Svc Tax | -2.00 | 12.00 |
| | PA SUI Tax | -3.11 | 16.51 |
| | **Other** | | |
| | Dental | -18.46* | 92.30 |
| | Medical FSA | -60.00* | 300.00 |
| | MEDICAL PPO | -51.03* | 255.15 |
| | Vision | -8.58* | 42.90 |
| | 401K | -259.62* | 519.24 |
| | Gtl Ee Post Tax | | 89.68 |
| | Life Lock Psttx | | 46.80 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

**Important Notes**
COMPANY PH#:+1 651 321 4080

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:  Married
Exemptions/Allowances:
  PA:  N/A

| Net Pay | $3,775.57 |
|---|---|
| Checking 1 | -3,775.57 |
| Net Check | $0.00 |

\* Excluded from federal taxable wages

© 2000 ADP, LLC

TURNBERRY SOLUTIONS INC
1777 SENTRY PARKWAY WEST
BLUE BELL, PA 19422

Advice number:  00000210648
Pay date:  05/27/2022

Deposited to the account of
CHRISTOPHER VALUNTAS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0830 | xxxx xxxx | $3,775.57 |



**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 662 |
|---|---|---|---|---|---|
| GPR | 006895 | 512500 | | 0000190628 | 1 |

## Earnings Statement 

TURNBERRY SOLUTIONS INC
1777 SENTRY PARKWAY WEST
BLUE BELL, PA 19422

Period Beginning: 04/17/2022
Period Ending: 04/30/2022
Pay Date: 05/13/2022

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

CHRISTOPHER VALUNTAS
5727 RICKY RIDGE TRAIL
OREFIELD PA 18069

**Earnings**

| | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5192.31 | 80.00 | 5,192.31 | 22,326.93 |
| Gross Pay | | | $5,192.31 | 22,326.93 |

Your federal taxable wages this period are $4,794.62

**Deductions**

Statutory

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -421.58 | 1,857.65 |
| Social Security Tax | -313.36 | 1,350.03 |
| Medicare Tax | -73.28 | 315.73 |
| PA State Income Tax | -155.17 | 668.50 |
| Upper Macung Income Tax | -50.54 | 217.74 |
| Upper Macung Local Svc Tax | -2.00 | 10.00 |
| PA SUI Tax | -3.12 | 13.40 |

Other

| | this period | year to date |
|---|---|---|
| Dental | -18.46* | 73.84 |
| Gtl Ee Post Tax | -44.84 | 89.68 |
| Life Lock Psttx | -23.40 | 46.80 |
| Medical FSA | -60.00* | 240.00 |
| MEDICAL PPO | -51.03* | 204.12 |
| Vision | -8.58* | 34.32 |
| 401K | -259.62* | 259.62 |

Net Pay    $3,707.33
Checking 1    -3,707.33
Net Check    $0.00

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

**Important Notes**
COMPANY PH#:+1 651 321 4080

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:    Married
Exemptions/Allowances:
  PA:    N/A

\* Excluded from federal taxable wages

© 2000 ADP, LLC

TURNBERRY SOLUTIONS INC
1777 SENTRY PARKWAY WEST
BLUE BELL, PA 19422

Advice number:    00000190628
Pay date:    05/13/2022

Deposited to the account of
CHRISTOPHER VALUNTAS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0830 | xxxx xxxx | $3,707.33 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

GPR    006895    512500    000170627

TURNBERRY SOLUTIONS INC
1777 SENTRY PARKWAY WEST
BLUE BELL, PA 19422

Period Beginning: 04/03/2022
Period Ending: 04/16/2022
Pay Date: 04/29/2022

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

CHRISTOPHER VALUNTAS
5727 RICKY RIDGE TRAIL
OREFIELD PA 18069

## Earnings

| | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5192.31 | 80.00 | 5,192.31 | 17,134.62 |
| **Gross Pay** | | | **$5,192.31** | 17,134.62 |

Your federal taxable wages this period are $5,054.24

## Deductions

| Statutory | | |
|---|---|---|
| Federal Income Tax | -478.69 | 1,436.07 |
| Social Security Tax | -313.37 | 1,036.67 |
| Medicare Tax | -73.29 | 242.45 |
| PA State Income Tax | -155.17 | 513.33 |
| Upper Macung Income Tax | -50.54 | 167.20 |
| Upper Macung Local Svc Tax | -2.00 | 8.00 |
| PA SUI Tax | -3.11 | 10.28 |

| Other | | |
|---|---|---|
| Dental | -18.46* | 55.38 |
| Medical FSA | -60.00* | 180.00 |
| MEDICAL PPO | -51.03* | 153.09 |
| Vision | -8.58* | 25.74 |
| Gtl Ee Post Tax | | 44.84 |
| Life Lock Psttx | | 23.40 |

| | |
|---|---|
| **Net Pay** | **$3,978.07** |
| Checking 1 | -3,978.07 |
| **Net Check** | **$0.00** |

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

### Important Notes
COMPANY PH#:+1 651 321 4080

BASIS OF PAY: SALARY

### Additional Tax Withholding Information
Taxable Marital Status:
  PA:    Married
Exemptions/Allowances:
  PA:    N/A

* Excluded from federal taxable wages

© 2000 ADP, LLC

---

TURNBERRY SOLUTIONS INC
1777 SENTRY PARKWAY WEST
BLUE BELL, PA 19422

Advice number: 00000170627
Pay date: 04/29/2022

Deposited to the account of
CHRISTOPHER VALUNTAS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0830 | xxxx xxxx | $3,978.07 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| | | |
|---|---|---|
| GPR | 006895 | 512500 | 000 |

# Earnings Statement

**ADP**

TURNBERRY SOLUTIONS INC
1777 SENTRY PARKWAY WEST
BLUE BELL, PA 19422

Period Beginning: 03/20/2022
Period Ending: 04/02/2022
Pay Date: 04/15/2022

Filing Status: Married filing jointly
Exemptions/Allowances:
    Federal: Standard Withholding Table

CHRISTOPHER VALUNTAS
5727 RICKY RIDGE TRAIL
OREFIELD PA 18069

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5192.31 | 80.00 | 5,192.31 | 11,942.31 |
| **Gross Pay** | | | **$5,192.31** | 11,942.31 |

Your federal taxable wages this period are $5,054.24

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -478.69 | 957.38 |
| | Social Security Tax | -313.36 | 723.30 |
| | Medicare Tax | -73.29 | 169.16 |
| | PA State Income Tax | -155.17 | 358.16 |
| | Upper Macung Income Tax | -50.54 | 116.66 |
| | Upper Macung Local Svc Tax | -2.00 | 6.00 |
| | PA SUI Tax | -3.12 | 7.17 |
| **Other** | | | |
| | Dental | -18.46* | 36.92 |
| | Medical FSA | -60.00* | 120.00 |
| | MEDICAL PPO | -51.03* | 102.06 |
| | Vision | -8.58* | 17.16 |
| | Gtl Ee Post Tax | | 44.84 |
| | Life Lock Psttx | | 23.40 |
| **Net Pay** | | **$3,978.07** | |
| Checking 1 | | -3,978.07 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

**Important Notes**
COMPANY PH#:+1 651 321 4080

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
    PA:    Married
Exemptions/Allowances:
    PA:    N/A

* Excluded from federal taxable wages

© 2000 ADP, LLC

TURNBERRY SOLUTIONS INC
1777 SENTRY PARKWAY WEST
BLUE BELL, PA 19422

Advice number: 00000150630
Pay date: 04/15/2022

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| CHRISTOPHER VALUNTAS | xxxxxx0830 | xxxx xxxx | $3,978.07 |



# NON-NEGOTIABLE

# Earnings Statement

**ADP**

TURNBERRY SOLUTIONS INC
1777 SENTRY PARKWAY WEST
BLUE BELL, PA 19422

Period Beginning: 03/06/2022
Period Ending: 03/19/2022
Pay Date: 04/01/2022

CHRISTOPHER VALUNTAS
5727 RICKY RIDGE TRAIL
OREFIELD PA 18069

Filing Status: Married filing jointly
Exemptions/Allowances:
   Federal: Standard Withholding Table

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5192.31 | 80.00 | 5,192.31 | 6,750.00 |
| **Gross Pay** | | | **$5,192.31** | 6,750.00 |

Your federal taxable wages this period are $5,054.24

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -478.69 | 478.69 |
| Social Security Tax | | -313.36 | 409.94 |
| Medicare Tax | | -73.28 | 95.87 |
| PA State Income Tax | | -155.17 | 202.99 |
| Upper Macung Income Tax | | -50.54 | 66.12 |
| Upper Macung Local Svc Tax | | -2.00 | 4.00 |
| PA SUI Tax | | -3.12 | 4.05 |
| **Other** | | | |
| Dental | | -18.46* | 18.46 |
| Gtl Ee Post Tax | | -44.84 | 44.84 |
| Life Lock Psttx | | -23.40 | 23.40 |
| Medical FSA | | -60.00* | 60.00 |
| MEDICAL PPO | | -51.03* | 51.03 |
| Vision | | -8.58* | 8.58 |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

**Important Notes**
COMPANY PH#:+1 651 321 4080

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
   PA:         Married
Exemptions/Allowances:
   PA:         N/A

| **Net Pay** | **$3,909.84** |
|---|---|
| Checking 1 | -3,909.84 |
| **Net Check** | **$0.00** |

\* Excluded from federal taxable wages

© 2000 ADP, LLC

---

TURNBERRY SOLUTIONS INC
1777 SENTRY PARKWAY WEST
BLUE BELL, PA 19422

Advice number: 00000134613
Pay date: 04/01/2022

Deposited to the account of
CHRISTOPHER VALUNTAS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0830 | xxxx xxxx | $3,909.84 |


THIS IS NOT A CHECK

# NON-NEGOTIABLE