5/12/22, 2:24 PM



**Lehigh University**
27 Memorial Drive West
Bethlehem, Pennsylvania  18015
610-758-3000

**Social Security Number:** *****4122
**Employee:** Kimberly Valuntas
**Address:** 5727 Ricky Ridge Trail
Orefield, Pennsylvania  18069

**Pay Date:** Apr 29, 2022
**Pay Period:** Apr 01, 2022-Apr 30, 2022

### Payment Summary

| Type | Current Period | YTD Amount |
|---|---|---|
| Gross Amount: | $6,916.67 | $24,333.34 |
| Total Personal Deductions: | $2,686.82 | $9,778.60 |
| Net Amount: | $4,229.85 | $14,554.74 |
| Total Employer Contributions: | $2,292.24 | $8,613.96 |

### Earnings

| Earnings | Shift | Hours or Units | Rate | Amount | YTD Amount |
|---|---|---|---|---|---|
| Regular Pay | 1 | | | $6,597.43 | $22,604.46 |
| Floating Personal Holiday | 1 | | | | $484.62 |
| Vacation | 1 | 8.00 | | $319.24 | $1,123.10 |
| Bereavement | 1 | | | | $121.16 |
| | | | Total: | $6,916.67 | $24,333.34 |

### Benefits, Deductions and Taxes

| Benefits and Deductions | Employee | Employee YTD | Employer | Employer YTD | Applicable Gross | Applicable Gross YTD |
|---|---|---|---|---|---|---|
| **Deductions before Federal Tax** | | | | | | |
| Health Care Flexible Spending Account | $200.00 | $800.00 | $0.00 | $0.00 | | |
| PPO - Medical Insurance | $543.00 | $2,172.00 | $1,092.00 | $4,368.00 | | |
| Supplemental Life Insurance | $29.11 | $116.44 | $0.00 | $0.00 | | |
| Voluntary Retirement Savings - TIAA-CREF SRA (Percentage Pre-Tax Contribution) | $415.00 | $1,460.00 | $0.00 | $0.00 | $6,916.67 | $24,333.34 |
| **Taxes** | | | | | | |
| Bethlehem Earned Income Tax | $71.45 | $252.46 | $0.00 | $0.00 | $7,144.56 | $25,244.90 |
| Bethlehem Local Services Tax | $4.34 | $17.36 | $0.00 | $0.00 | $7,144.56 | $25,244.90 |
| Federal Income Tax | $606.21 | $2,048.84 | $0.00 | $0.00 | $6,778.86 | $23,982.10 |
| FICA Medicare | $104.31 | $368.91 | $104.31 | $368.91 | $7,193.86 | $25,442.10 |
| FICA Social Security | $446.02 | $1,577.41 | $446.02 | $1,577.41 | $7,193.86 | $25,442.10 |
| Medicare Addl Tax | $0.00 | $0.00 | $0.00 | $0.00 | $7,193.86 | $25,442.10 |
| PA State Income Tax | $219.34 | $775.02 | $0.00 | $0.00 | $7,144.56 | $25,244.90 |
| PA Unemployment Tax | $4.15 | $14.60 | $0.00 | $0.00 | $6,916.67 | $24,333.34 |
| **Deductions after Federal Tax** | | | | | | |
| Basic Life Insurance (1 times salary) | $0.00 | $0.00 | $10.08 | $40.32 | | |
| Bookstore Charges | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Dependent Life Insurance - For Child(ren) | $0.80 | $3.20 | $0.00 | $0.00 | | |
| Dining Services Charges | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Lehigh University Retirement Match for Faculty and Staff | $0.00 | $0.00 | $207.50 | $730.00 | $6,916.67 | $24,333.34 |
| Lehigh University Retirement Program for Faculty and Staff | $0.00 | $0.00 | $415.00 | $1,460.00 | $6,916.67 | $24,333.34 |
| Life Balance Plan: EAP and Work-Life Program | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Long Term Disability Insurance (Post-tax Premiums) | $0.00 | $0.00 | | | | |
| MN - Voluntary Accident Insurance (AFLAC) | $22.97 | $91.88 | $0.00 | $0.00 | | |
| MN - Voluntary Critical Illness - Employee | $11.00 | $44.00 | $0.00 | $0.00 | | |
| MN - Voluntary Critical Illness - Spouse | $9.12 | $36.48 | $0.00 | $0.00 | | |
| Motor Vehicle Violation | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Repay Salary Advance | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Total: | $2,686.82 | $9,778.60 | $2,292.24 | $8,613.96 | | |

### Federally Taxable Benefits

| Benefit | Amount | YTD Amount |
|---|---|---|
| Imputed Income - Life Insurance | $31.97 | $127.88 |
| Long Term Disability Insurance (Post-tax Premiums) | $17.33 | $69.32 |
| Taxable UG Tuition | $1,000.00 | $4,000.00 |

### Check or Direct Deposit

| Number | Document Type | Bank Name | Account Type | Amount |
|---|---|---|---|---|
| 4834149 | Direct Deposit | Santander Bank, Bethlehem, PA 18018 | Checking | $1,200.00 |
| 4834149 | Direct Deposit | BC BETH. TEACHERS FED CR UN BETHLEHEM, PA. 18018 | Savings | $200.00 |
| 4834149 | Direct Deposit | TD BANK PHILADELPHIA, PA 19103 | Checking | $2,829.85 |

### Filing Status

### Federal Income Tax

https://ssb-prod.ec.lehigh.edu/PROD/bwpkhstb_P_PrintPayStubDtl

1/2

5/12/22, 2:23 PM



**Lehigh University**
27 Memorial Drive West
Bethlehem, Pennsylvania  18015
610-758-3000

| | |
|---|---|
| Social Security Number: | *****4122 |
| Employee: | Kimberly Valuntas |
| Address: | 5727 Ricky Ridge Trail |
| | Orefield, Pennsylvania  18069 |
| Pay Date: | Mar 31, 2022 |
| Pay Period: | Mar 01, 2022-Mar 31, 2022 |

### Payment Summary

| Type | Current Period | YTD Amount |
|---|---|---|
| Gross Amount: | $6,916.67 | $17,416.67 |
| Total Personal Deductions: | $2,686.82 | $7,091.78 |
| Net Amount: | $4,229.85 | $10,324.89 |
| Total Employer Contributions: | $2,292.24 | $6,321.72 |

### Earnings

| Earnings | Shift | Hours or Units | Rate | Amount | YTD Amount |
|---|---|---|---|---|---|
| Regular Pay | 1 | | | $6,597.43 | $16,007.03 |
| Floating Personal Holiday | 1 | | | | $484.62 |
| Vacation | 1 | 8.00 | | $319.24 | $803.86 |
| Bereavement | 1 | | | | $121.16 |
| | | | Total: | $6,916.67 | $17,416.67 |

### Benefits, Deductions and Taxes

| Benefits and Deductions | Employee | Employee YTD | Employer | Employer YTD | Applicable Gross | Applicable Gross YTD |
|---|---|---|---|---|---|---|
| **Deductions before Federal Tax** | | | | | | |
| Health Care Flexible Spending Account | $200.00 | $600.00 | $0.00 | $0.00 | | |
| PPO - Medical Insurance | $543.00 | $1,629.00 | $1,092.00 | $3,276.00 | | |
| Supplemental Life Insurance | $29.11 | $87.33 | $0.00 | $0.00 | | |
| Voluntary Retirement Savings - TIAA-CREF SRA (Percentage Pre-Tax Contribution) | $415.00 | $1,045.00 | $0.00 | $0.00 | $6,916.67 | $17,416.67 |
| **Taxes** | | | | | | |
| Bethlehem Earned Income Tax | $71.45 | $181.01 | $0.00 | $0.00 | $7,144.56 | $18,100.34 |
| Bethlehem Local Services Tax | $4.34 | $13.02 | $0.00 | $0.00 | $7,144.56 | $18,100.34 |
| Federal Income Tax | $606.21 | $1,442.63 | $0.00 | $0.00 | $6,778.86 | $17,203.24 |
| FICA Medicare | $104.31 | $264.60 | $104.31 | $264.60 | $7,193.86 | $18,248.24 |
| FICA Social Security | $446.02 | $1,131.39 | $446.02 | $1,131.39 | $7,193.86 | $18,248.24 |
| Medicare Addl Tax | $0.00 | $0.00 | $0.00 | $0.00 | $7,193.86 | $18,248.24 |
| PA State Income Tax | $219.34 | $555.68 | $0.00 | $0.00 | $7,144.56 | $18,100.34 |
| PA Unemployment Tax | $4.15 | $10.45 | $0.00 | $0.00 | $6,916.67 | $17,416.67 |
| **Deductions after Federal Tax** | | | | | | |
| Basic Life Insurance (1 times salary) | $0.00 | $0.00 | $10.08 | $30.24 | | |
| Bookstore Charges | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Dependent Life Insurance - For Child(ren) | $0.80 | $2.40 | $0.00 | $0.00 | | |
| Dining Services Charges | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Lehigh University Retirement Match for Faculty and Staff | $0.00 | $0.00 | $207.50 | $522.50 | $6,916.67 | $17,416.67 |
| Lehigh University Retirement Program for Faculty and Staff | $0.00 | $0.00 | $415.00 | $1,045.00 | $6,916.67 | $17,416.67 |
| Life Balance Plan: EAP and Work-Life Program | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Long Term Disability Insurance (Post-tax Premiums) | $0.00 | $0.00 | | | | |
| MN - Voluntary Accident Insurance (AFLAC) | $22.97 | $68.91 | $0.00 | $0.00 | | |
| MN - Voluntary Critical Illness - Employee | $11.00 | $33.00 | $0.00 | $0.00 | | |
| MN - Voluntary Critical Illness - Spouse | $9.12 | $27.36 | $0.00 | $0.00 | | |
| Motor Vehicle Violation | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Repay Salary Advance | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Total: | $2,686.82 | $7,091.78 | $2,292.24 | $6,321.72 | | |

### Federally Taxable Benefits

| Benefit | Amount | YTD Amount |
|---|---|---|
| Imputed Income - Life Insurance | $31.97 | $95.91 |
| Long Term Disability Insurance (Post-tax Premiums) | $17.33 | $51.99 |
| Taxable UG Tuition | $1,000.00 | $3,000.00 |

### Check or Direct Deposit

| Number | Document Type | Bank Name | Account Type | Amount |
|---|---|---|---|---|
| 4828527 | Direct Deposit | Santander Bank, Bethlehem, PA 18018 | Checking | $1,200.00 |
| 4828527 | Direct Deposit | BC BETH. TEACHERS FED CR UN BETHLEHEM, PA. 18018 | Savings | $200.00 |
| 4828527 | Direct Deposit | TD BANK PHILADELPHIA, PA 19103 | Checking | $2,829.85 |

### Filing Status

### Federal Income Tax

https://ssb-prod.ec.lehigh.edu/PROD/bwpkhstb.P_PrintPayStubDtl    1/2