IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| Christopher P. Valuntas | : | Bankruptcy No. 22-11367-PMM |
| Debtor(s) | : | Chapter 13 |

## PRAECIPE

Please withdraw Docket #24, Proposed Consent Order that was filed in this matter.

Respectfully submitted,

Date: July 27, 2022

/s/ Scott F. Waterman
Scott F. Waterman
Standing Chapter 13 Trustee - Reading