| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 22-11367-PMM

| | |
|---|---|
| Christopher P. Valuntas | Petition Filed Date: 05/26/2022 |
| 5727 Ricky Ridge Trail | 341 Hearing Date: 07/26/2022 |
| Orefield  PA    18069 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

**There were no receipts posted to this case for the time period selected**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC <br> »» 001 | Unsecured Creditors | $2,758.37 | $0.00 | $0.00 |
| 2 | SANTANDER CONSUMER USA <br> »» 02S | Secured Creditors | $22,246.29 | $0.00 | $0.00 |
| 3 | SANTANDER CONSUMER USA <br> »» 02U | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | SPECIALIZED LOAN SERVICING LLC <br> »» 003 | Mortgage Arrears | $185,106.59 | $0.00 | $0.00 |
| 5 | PA DEPARTMENT OF REVENUE <br> »» 04P | Priority Crediors | $2,387.22 | $0.00 | $0.00 |
| 6 | PA DEPARTMENT OF REVENUE <br> »» 04S | Secured Creditors | $4,536.67 | $0.00 | $0.00 |
| 7 | UPPER MACUNGIE TOWNSHIP <br> »» 005 | Secured Creditors | $2,790.44 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-11367-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $0.00 | Current Monthly Payment: | $813.00 |
| Paid to Claims: | $0.00 | Arrearages: | $1,626.00 |
| Paid to Trustee: | $0.00 | Total Plan Base: | $48,780.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.