United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                        Case No. 22-11367-pmm

Christopher P. Valuntas                         Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                              User: admin                             Page 1 of 3

Date Rcvd: Oct 27, 2022                     Form ID: pdf900                   Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher P. Valuntas, 5727 Ricky Ridge Trail, Orefield, PA 18069-8801 |
| 14710238 | + | Santander Consumer USA Inc, William E. Craig, Esquire, Morton & Craig, LLC, 110 Marter Ave., Suite 301 Moorestown, NJ 08057-3125 |
| 14710522 | + | Upper Macungie Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14710521 | + | Upper Macungie Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14694190 | | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 14694194 | | Wells Fargo Bank NA, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Oct 27 2022 23:54:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 27 2022 23:54:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14694182 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 27 2022 23:54:38 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14694181 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 27 2022 23:54:38 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14694183 | | Email/Text: mrdiscen@discover.com | Oct 27 2022 23:53:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14694184 | | Email/Text: mrdiscen@discover.com | Oct 27 2022 23:53:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 14703218 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 27 2022 23:54:00 | HSBC Bank USA, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 14695417 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2022 23:54:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14694185 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2022 23:54:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Bo 10587, Greenville, SC 29603-0587 |
| 14694186 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 27 2022 23:54:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14703392 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 27 2022 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14694187 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 27 2022 23:54:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 14694188 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 27 2022 23:54:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd Suite 300, Littleton, CO 80129-2386 |

Case 22-11367-pmm    Doc 46    Filed 10/29/22    Entered 10/30/22 00:30:20    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 27, 2022 | Form ID: pdf900 | Total Noticed: 24 |

| 14694189 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
|---|---|---|---|
| | | Oct 27 2022 23:53:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |
| 14694192 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | Oct 27 2022 23:54:38 | Wells Fargo Bank, P O Box 31557, Billings, MT 59107-1557 |
| 14694191 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | Oct 27 2022 23:54:49 | Wells Fargo Bank, Attn: Written Correspondnce Dept, Po Box 10335, Des Moines, IA 50306-0335 |
| 14694193 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | Oct 27 2022 23:54:49 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 14694195 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | Oct 27 2022 23:54:38 | Wells Fargo Home Mor, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| cr | *+ | Upper Macungie Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 29, 2022        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2022 at the address(es) listed below:

**Name**           **Email Address**

BRIAN CRAIG NICHOLAS
on behalf of Creditor HSBC Bank USA, National Assocation, as Trustee for Wells Fargo Alternative Loan 2007-PA3 Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
on behalf of Creditor HSBC Bank USA, National Assocation, as Trustee for Wells Fargo Alternative Loan 2007-PA3 Trust bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
on behalf of Creditor Upper Macungie Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com

PAUL H. YOUNG
on behalf of Debtor Christopher P. Valuntas support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Oct 27, 2022 | Form ID: pdf900 | Total Noticed: 24

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>   Christopher P. Valuntas<br><br><br>                    Debtor | Chapter 13<br><br>Bankruptcy No. 22-11367-PMM |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: October 27, 2022**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE